UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-84(01) RM |
| ) | |
| BRUCE GRAYBILL ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 8, 2009 [Doc. No. 20]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Bruce Graybill's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1703.

SO ORDERED.

ENTERED:   October 29, 2009

                                                  /s/ Robert L. Miller, Jr.
                                                Chief Judge
                                                United States District Court